# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

———————————————————

No. 1D18-1321

———————————————————

GERONIMO BECERRA ALVAREZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————————

On appeal from the Circuit Court for Duval County.
Marianne L. Aho, Judge.

March 11, 2019

PER CURIAM.

AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.

———————————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————————

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Ashley B. Moody, Attorney General, Tallahassee, for Appellee.